

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JERRY VANCE, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 1:17-cv-34 |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A. and ) | |
| PROFESSIONAL FORECLOSURE ) | |
| CORPORATION OF VIRGINIA, ) | By: Michael F. Urbanski |
| Defendants ) | Chief United States District Judge |

## ORDER

The parties to this case have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that they have reached a resolution of this matter. ECF No. 39. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court, with each party to bear its own costs and attorneys' fees.

It is so **ORDERED**.

Entered: 11-12-2019

Michael F. Urbanski
Chief United States District Judge